No. 92–750. WILLIAM L. COMER FAMILY EQUITY PURE TRUST ET AL. *v.* INTERNAL REVENUE SERVICE ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–753. MATHES *v.* RICE, SECRETARY OF THE AIR FORCE. C. A. 10th Cir. Certiorari denied.

No. 92–766. AUCOIN ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–781. BAKER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied.

No. 92–5144. COFIELD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–5359. DURHAM *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–5360. McKINNEY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–5387. WARREN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–5573. BARRETT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5594. ROBINSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–5660. PEREZ-BUSTAMANTE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–5727. AVERY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–5739. FLORES *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–5808. GONZALEZ-ALVAREZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–5842. McGILL *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.